UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| KENDALL S. LIBERTY, | ) | 2:21-cr-72-1 |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 20, 2021, in the District of Vermont, the defendant KENDALL S. LIBERTY, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and knowing he was such a user, did knowingly possess, in and affecting interstate commerce a firearm—specifically, a Century Arms VSKA 7.62-millimeter rifle—said firearm having been shipped and transported in interstate and foreign commerce.

(18 U.S.C. § 922(g)(3))

## Forfeiture Notice

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging a forfeiture basis pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g) as alleged in Count One, the defendant, Kendall S. Liberty, shall forfeit to the United States any property constituting a firearm or ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

   a. Century Arms VSKA 7.62-millimeter rifle bearing serial number SV7026266, and

   b. Ammunition comprising 7.62-millimeter cartridges seized from the defendant's vehicle on or about July 20, 2021.

A TRUE BILL
**REDACTED**

FOREPERSON

_(MJL)_
JONATHAN A. OPHARDT
Acting United States Attorney
Burlington, Vermont
August 19, 2021